## RETURN OF SERVICE

**State of Florida**  **County of Southern**

Case Number: 0:24-CV-62347-MD

Plaintiff:
**SHEMICKA TAYLOR**

vs.

Defendant:
**ALS EDUCATION, LLC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 16th day of December, 2024 at 9:40 am to be served on **ALS Education, LLC c/o C T CORPORATION SYSTEM, its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Joseph Onega, do hereby affirm that on the **20th day of December, 2024** at **10:20 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Donna Moch, senior corporate operations manager, as Authorized Employee Of Registered Agent,** for ALS Education, LLC c/o C T CORPORATION SYSTEM, its Registered Agent, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 145, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2024001718