UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62347-CIV-DAMIAN

**SHEMICKA TAYLOR**,

    Plaintiff,

v.

**ALS EDUCATION, INC.,**

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [ECF NO. 6]

**THIS CAUSE** is before the Court upon Defendant, ALS Education, Inc.'s, Unopposed Motion for Extension of Time to Respond to Complaint, filed on January 9, 2025 [ECF No. 6 (the "Motion")].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised. Finding good cause for the requested relief, and noting that the Motion is unopposed, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 6]** is **GRANTED**. Defendant shall file a response to the Complaint **no later than January 24, 2025**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 10th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**