**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHEMICKA TAYLOR

    Plaintiff,

v.

                              Case No. 0:24-cv-62347-62347

ALS EDUCATION, LLC

    Defendant.

_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, ALS EDUCATION, LLC ("ALS") submits the following Corporate Disclosure Statement and states:

1. ALS is not a publicly traded company.

2. No publicly traded company owns 10% or more of ALS.

DATED:  January 24, 2025                  Respectfully submitted,

                                                         **OGLETREE, DEAKINS, NASH,**
                                                         **SMOAK & STEWART P.C.**

                                                         */s/ **Caren S. Marlowe***
                                                         Caren S. Marlowe
                                                         Florida Bar No: 514586
                                                         caren.marlowe@ogletree.com
                                                         Sarah G. Hock
                                                         Florida Bar No. 1825439
                                                         sarah.hock@ogletree.com
                                                         100 North Tampa Street, Suite 3600
                                                         Tampa, Florida 33602
                                                         Telephone:  (813) 289-1247
                                                         Facsimile:  (813) 289-6530
                                                         ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esq.
FAIRLAW FIRM
7300 N. Kendall Drive, Suite 450
Miami, FL 33156
Telephone:  305.230.4884
Facsimile:  305.230.4844
*Attorney(s) for Plaintiff*

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

　　　　　　　　　　　　　　　　　　　*/s/ Caren S. Marlowe*
　　　　　　　　　　　　　　　　　　　Attorney