# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

**SHEMICKA TAYLOR,**

    **Plaintiff,**

v.                                                      **CASE NO. 0:24-CV-62347-MD**

**ALS EDUCATION, INC.,**

    **Defendant.**

_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ALS EDUCATION, INC.

**PLEASE TAKE NOTICE** that Sarah G. Hock of Ogletree, Deakins, Nash, Smoak & Stewart, P.C enters her appearance as additional counsel of record for Defendant, ALS EDUCATION, INC., in the above-referenced matter and requests that copies of all pleadings, motions, and other documents filed in this matter be served on the undersigned.

Dated: January 27, 2025                 Respectfully submitted,

                                                        */s/ Sarah G. Hock*
                                                        Caren S. Marlowe
                                                        Florida Bar No: 514586
                                                        caren.marlowe@ogletree.com
                                                        Sarah G. Hock
                                                        Florida Bar No: 1025439
                                                        sarah.hock@ogletree.com
                                                        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
                                                        100 North Tampa Street, Suite 3600
                                                       Tampa, FL 33602
                                                       Tel.: 813.289.1247/Fax: 813.289.6530
                                                       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2025 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esq.<br>
FAIRLAW FIRM<br>
135 San Lorenzo Avenue, Suite 770<br>
Coral Gables, FL 33146<br>
brian@fairlawattorney.com<br>
*Attorneys for Plaintiff*

*/s/ Sarah G. Hock*
Attorney