# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

SHEMICKA TAYLOR

    Plaintiff,

v.

                                       Case No. 0:24-cv-62347-MD

ALS EDUCATION, LLC

    Defendant.

_____/

## JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff Shemicka Taylor and Defendant ALS Education, LLC, pursuant to the Court's Scheduling Order [D.E. 14], jointly notify the Court that they have agreed to conduct mediation before the following mediator at the listed time and place:

    Mediator:               Scott Callen

    Date and Time:       June 26, 2025, at 10:00 a.m. EDT

    Place of Mediation:    Via Zoom

A proposed Order Scheduling Mediation is attached as Exhibit A.

Respectfully submitted on April 2, 2025.

| /s/ Brian H. Pollock | /s/ Sarah G. Hock |
|---|---|
| Brian H. Pollock | Caren S. Marlowe; FBN: 514586 |
| Florida Bar No. 174742 | caren.marlowe@ogletree.com |
| brian@fairlawattorney.com | Sarah G. Hock; FBN: 1025439 |
| FAIRLAW FIRM | sarah.hock@ogletree.com |
| 135 San Lorenzo Avenue, Suite 770 | OGLETREE DEAKINS |
| Coral Gables, Florida 33146 | 100 North Tampa Street, Suite 3600 |
| Telephone: (305) 230-4844 | Tampa, Florida 33602 |
| | Tel.: (813) 289-1247/Fax: (813) 289-6530 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 02, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone:  305.230.4884
Facsimile:  305.230.4844
*Attorney(s) for Plaintiff*

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

                                                */s/ Sarah G. Hock*
                                                Attorney

87941709.v1-OGLETREE