# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-62347-CIV-DAMIAN

**SHEMICKA TAYLOR,**

    **Plaintiff,**

v.                                    CASE NO. 0:24-CV-62347-MD

**ALS EDUCATION, INC.,**

    **Defendant.**
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Scott Callen on June 26, 2025, at 10:00 a.m. via Zoom.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this _____ day of _____, 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record