## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SHEMICKA TAYLOR

    Plaintiff,

v.

                              Case No. 0:24-cv-62347-MD

ALS EDUCATION, LLC

    Defendant.

_____ /

### NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Defendant ALS Education, LLC, by and through the undersigned counsel, hereby gives notice of adding R. SCOTT CALLEN as mediator into CM/ECF which was inadvertently omitted in the filing of the Parties Joint Notice of Filing Proposed Order Scheduling Mediation on April 2, 2025 (Doc. 15).

Dated:  April 2, 2025.              Respectfully submitted,

                                              *s/ Sarah G. Hock*
                                              Caren S. Marlowe; FBN: 514586
                                              caren.marlowe@ogletree.com
                                              Sarah G. Hock; FBN: 1025439
                                              sarah.hock@ogletree.com
                                              OGLETREE DEAKINS
                                              100 North Tampa Street, Suite 3600
                                              Tampa, Florida 33602
                                              Tel.:  (813) 289-1247/Fax: (813) 289-6530

                                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 2, 2025April 02, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Telephone:  305.230.4884
Facsimile:  305.230.4844
*Attorney(s) for Plaintiff*

**I FURTHER CERTIFY** that on April 2, 2025, I electronically served a true and correct copy of the foregoing to:

R. Scott Callen
The Kullman Firm
2915 Kerry Forest Parkway, Suite 101
Tallahassee, FL  32309
scottcallenmediator@gmail.com
sms@kullmanlaw.com

/s/ Sarah G. Hock
Attorney

87941709.v1-OGLETREE