UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-62347-CIV-DAMIAN

**SHEMICKA TAYLOR**,

    Plaintiff,

v.

**ALS EDUCATION, INC.,**

    Defendant.

_____/

### ORDER SCHEDULING MEDIATION

**THIS CAUSE** is before the Court on the Parties' Joint Notice of Filing Proposed Order Scheduling Mediation, filed April 2, 2025 (the "Notice"). [ECF No. 15].

The Court has reviewed the Notice and the pertinent portions of the record, and, being otherwise fully advised in the premises, it is hereby

ORDERED that the mediation conference in this matter shall be held with Scott Callen on June 26, 2025. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 30th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES MAGISTRATE JUDGE**