UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-62347-DAMIAN/VALLE

SHEMICKA TAYLOR,

    Plaintiff,

vs.

ALS EDUCATION, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Shemicka Taylor, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 13th day of August 2025.

                                              Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*