UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-62347-CIV-DAMIAN

**SHEMICKA TAYLOR**,

    Plaintiff,

v.

**ALS EDUCATION, INC.,**

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Settlement, filed on August 13, 2025 [ECF No. 19], indicating that the parties have agreed to settle all issues in this matter. The Court having reviewed the Order, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties (or Plaintiff) to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All pending deadlines are **STAYED**.

Failure to timely file the notice of voluntary dismissal or stipulation of dismissal or seek an extension of time within which to do so may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 18th day of August, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**